IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON KEITH WALKER and
SHANGO JAJA GREER,

      Petitioners,           No. CR-03-0042 MCE CKD

   vs.                    Related Cases 12cv0397 MCE CKD
                                    12cv0393 MCE CKD

UNITED STATES OF AMERICA,

      Respondent.        <u>ORDER</u>

      The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

Dated: February 22, 2012

                                    /s/ Carolyn K. Delaney
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

de
greer0042.rec