IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON KEITH WALKER and
SHANGO JAJA GREER,

      Petitioners,           No. CR-03-0042 MCE CKD

    vs.                       Related Cases 12cv0397 MCE CKD
                                     12cv0393 MCE CKD

UNITED STATES OF AMERICA,

      Respondent.          ORDER

      The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

Dated: February 22, 2012

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

de
greer0042.rec

1